# CERTIFICATE OF SERVICE
## United States v. Cyprus Amax Minerals Company and Western Nuclear, Inc.
## Civil Action No. 2:17-cv-00140

I certify that on January 27, 2017, I mailed via US mail a copy of Docket No. 10, ORDER dated January 25, 2017 to the following parties:

Sabrina Mizrachi
Freeport McMoRan
333 N. Central Ave.
Phoenix, AZ 85004

Kevin A. Gaynor
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW, Ste. 500 W.
Washington, DC 20037

Jill Elise Grant
Jill Grant & Associates, LLC
1319 F Street NW, Suite 300
Washington, DC 20004

Respectfully submitted,

/s/ Axum Teklu
Paralegal Specialist
United States Department of Justice