# CERTIFICATE OF SERVICE

**United States v. Cyprus Amax Minerals Company and Western Nuclear, Inc.**

**Civil Action No. 2:17-cv-00140**

I certify that on March 30, 2017, I filed on ECF this JOINT STATUS REPORT dated March 30, 2017. The registered parties on ECF will receive notice from ECF. I also certify that on March 30, 2017, I mailed via US mail a copy of this JOINT STATUS REPORT to the following parties:

Sabrina Mizrachi
Freeport McMoRan
333 N. Central Ave.
Phoenix, AZ 85004

Kevin A. Gaynor
Vinson & Elkins LLP
2200 Pennsylvania Ave. NW, Ste. 500 W.
Washington, DC 20037

Respectfully submitted,

/s/ Axum Teklu
Paralegal Specialist
United States Department of Justice