**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CV-17-00140-PHX-DLR |
| Plaintiff, | (Related Case No. CV-17-08007-PCT-DLR) |
| v. | |
| Cyprus Amax Minerals Company; and Western Nuclear, Inc., | **ORDER** |
| Defendants. | |

The United States, on behalf of the Environmental Protection Agency, commenced this action by filing a complaint against Defendants Cyprus Amax Minerals Company and Western Nuclear, Inc. on January 17, 2017. (Doc. 1.) The same day, the Navajo Nation filed a similar suit against Defendants, Case No. CV-17-08007-PCT, which was transferred to this Court on March 3, 2017. (Doc. 13.) The two cases arise from Defendants' mining activities on Navajo Nation land and recovery of environmental response costs and injunctive relief under CERCLA. The parties have agreed to a proposed consent decree which, if approved, would resolve the claims in both cases. (Doc. 5.)

Before the Court is the United States' unopposed motion to enter the proposed consent decree. (Doc. 18.) Having reviewed the consent decree (Doc. 18-6), the Court finds it to be fair, reasonable, and consistent with the objectives of CERCLA. The Court therefore grants the United States' unopposed motion to enter the consent decree.

1    **IT IS ORDERED** that the United States' unopposed motion to enter the proposed consent decree (Doc. 18) is **GRANTED**. The consent decree will be entered as a separate document.

Dated this 19th day of May, 2017.

_____
Douglas L. Rayes
United States District Judge